the vendor a commission on the sale of real estate, evidence *held* to show that plaintiff had accepted from the purchaser's agent a sum of money in payment of his services in connection with the sale.

2.  BROKERS—*what constitutes release of vendor from liability for commissions.*  Where one who has been negotiating the sale of property for the vendor executes an instrument, after a contract for the sale of the property has been entered into and he has received a sum of money from the purchaser's agent, which recites that he thereby releases his "right from commission on" the property in question, such instrument constitutes a release of his claim against the vendor for commissions.

---

## Mandel Brothers, Appellee, v. Alfon E. Bahr and Mrs. Alfon E. Bahr, Appellants.

### Gen. No. 23,688.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago, the Hon. JOHN F. HAAS, Judge, presiding.  Heard in this court at the October term, 1917.  Reversed and judgment here.  Opinion filed March 5, 1918.

### Statement of the Case.

Action by Mandel Brothers, a corporation, plaintiff, against Alfon E. Bahr and Mrs. Alfon E. Bahr, defendants, for goods sold and delivered.  From a judgment for plaintiff, defendants appeal.

EDGAR A. JONAS, for appellants.

ALBERT S. LOUER, for appellee.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

SALES, § 329*—*when sale of goods on approval and return shown.* In an action for goods sold and delivered, evidence examined and

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

*held* to show that the goods were sold on approval and were returned by defendants to plaintiff's agent in perfect condition.

---

## Amy R. Sullivan, Appellee, v. John J. Sullivan, Appellant.

### Gen. No. 23,695.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. MARTIN M. GRIDLEY, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed March 5, 1918.

### Statement of the Case.

Bill by Amy R. Sullivan, complainant, against John J. Sullivan, defendant, for support and maintenance of complainant and for the custody and maintenance of the child of the parties. From a decree awarding separate maintenance and requiring defendant to pay $10 a week for the support and maintenance of complainant and the child, defendant appeals.

McINERNEY & POWER, for appellant.

A. W. GLASKAY, for appellee.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

HUSBAND AND WIFE, § 237*—*when evidence warrants allowance in suit for separate maintenance.* On a bill for separate maintenance, evidence *held* to support a decree awarding separate maintenance and requiring defendant to pay $10 a week for the support of the complainant and the child of the parties.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.